UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Wholesale Point, Inc.
                          Plaintiff,

v.                                              Case No.: 1:15−cv−03845
                                              Honorable Joan H. Lefkow

AEP Energy, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 29, 2015:

       MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held. The parties report a settlement agreement has been reached. Accordingly, defendant's response to amended complaint is extended to 11/18/2015. Status hearing set for 11/18/2015 at 11:00 a.m. If a stipulation to dismiss is submitted in advance of that date, no one needs to appear on 11/18/2015. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.